UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>Plaintiff,<br><br>v.<br><br>**Peter L. Carter,** Trustee of the Peter L. Carter Trust Under Declaration of Trust Dated February 8, 1993; **Source Tube & Hose, Inc.,** a California Corporation; and Does 1-10,<br><br>Defendants. | **Case: No.:** 3:16-CV-00502-WHO<br><br>**ORDER** |

Having read the foregoing request, it is hereby ordered that a Case Management Conference be set for November 1, 2016, at 2 p.m.

IT IS SO ORDERED.

Dated: October 11, 2016      _____

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE