UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>      Plaintiff,<br>    v.<br>PETER L. CARTER, et al.,<br>      Defendants. | Case No. 16-cv-00502-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 27 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: May 30, 2017

WILLIAM H. ORRICK
United States District Judge